Gary S. Casselman, SBN 81658
**LAW OFFICES OF**
**GARY S. CASSELMAN**
3415 So. Sepulveda Blvd., Ste. 100
Los Angeles, CA 90034
Tel.: (310) 314-4444
Fax: (310) 314-4447
garyscasselman@gmail.com

Thomas E. Beck, SBN
THE BECK LAW FIRM
10377 Los Alamitos Blvd.
Los Alamitos, CA 90720
Tel.: (562) 795-5835
Fax: (562) 795-5821
becklaw@earthlink.net

Attorneys for Plaintiff POMPANO

S. Frank Harrell SBN133437
sharrell@lynberg.com
Shannon L. Gustafson, SBN 22856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
333 City Boulevard West, Suite 640
Orange, California 92868-5915
Tel (714) 937-1010 Fax (714) 937-1003

Attorneys for City of Hermosa Beach,
George Brunn, Donald Jones, Michael
Lavin

Gregory E. Stone, Esq. SBN 144057
**STONE, ROSENBLATT & CHA**
A Professional Law Corporation
21550 Oxnard Street, Main Plaza, Ste 200
Woodland Hills, CA 91367
Telephone: (818) 999-2232
gstone@srclaw.com

Attorneys for Defendant Donovan Sellan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POMPANO )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CITY OF HERMOSA BEACH, et )<br>al. )<br>)<br>Defendants )<br>_____ ) | CASE NO. 04-7929 RJK (RCx)<br><br>**JOINT EXHIBIT LIST**<br><br>PTC:    November 2, 2009<br>Time:   1:30 P.M.<br>Ctrm:   1439 |

**TO THIS HONORABLE TRIAL COURT, COUNSEL OF RECORD:**

Per L.R. 16-5, Plaintiffs and Defendants, submit the following joint list of exhibits. The parties have not reached any agreement as to the admissibility of these exhibits and will file their proposed objections as required by the Local Rules.

**DVDs, Photos & Diagrams**

| No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | DVD of Casselman/Pompano Insider Exclusive Interview | | |
| 2. | Pictures from Party on October 4, 2003 | | |
| 3. | 3 photographs where incident took place | | |
| 4. | 2 photographs of HBPD back entrance to booking area | | |
| 5. | 2 photographs of HBPD back entrance to booking area | | |
| 6. | George Brunn deposition diagram | | |

**Police Records**

| No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 7. | Don Jones' Incident Report; 10/08/03 | | |
| 8. | Incident History Detail | | |
| 9. | Patrol Bureau Daily Activity Report; 10/05/03 | | |
| 10. | Consent by MBPD for HBPD Services | | |
| 11. | LAPD Complaint Review Report/Complaint History Report | | |
| 12. | Declaration from Marilyn Moore regarding compliance with LAPD records subpoena | | |
| 13. | MBPD Memorandum dated 02/19/03 re Internal Affairs Investigation 01-07 involving Donovan Officer Sellan, Sgt. Shawn Shelton, and Officer Eric Eccles | | |
| 14. | Public Integrity and Law Enforcement Committee of the 2002-2003 Los Angeles Grand Jury | | |

**Medical Records**

| No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 15. | Richard Palmer, M.D. | | |
| 16. | Behavioral Sciences Services | | |
| 17. | UCLA Medical Group | | |
| 18. | Carol Gulyas | | |
| 19. | Dr. Jerome Cohen | | |

| 20. | Dr. MacDougall | | |

**Correspondence**

| 21. | Complaint Letter written by Mark Pompano dated July 6, 2004 | | |
| 22. | Claim rejection letter from City of Hermosa Beach | | |
| 23. | Letter to Attorney Casselman dated August 2, 2004 by Ed McErlain | | |
| 24. | Letter to Chief Lavin by Mark Pompano dated August 29, 2005 | | |
| 25. | Letter to Chief Lavin by Mark Pompano dated August 24, 2005 | | |
| 26. | Letter to Mark Pompano by Captain Eckert dated August 31, 2004 re findings of Internal Affairs investigation | | |
| 27. | Letter to Mark Pompano by Captain Eckert dated August 3, 2004 | | |
| 28. | Mark Pompano's Resume | | |

**Audiotapes**

| 29. | Radio/Dispatch Tape | | |
| 30. | LAPD I/A Interview and transcript of George Brunn 03/23/04 | | |
| 31. | LAPD I/A Interview and transcript of Donald Jones 03/17/04 | | |
| 32. | LAPD I/A Interview and transcript of Donovan Sellan 04/15/04 | | |
| 33. | LAPD I/A Interview and transcript of Brian Laudermilk 03/26/04 | | |
| 34. | LAPD I/A Interview and transcript of Mark Pompano 04/15/04 | | |

| | | | |
|---|---|---|---|
| 35. | Interview and transcript of George Brunn by Norman Truab Associates 08/02/04. | | |
| 36. | Interview and transcript of Wallace Graves by Norman Truab Associates 08/20/04. | | |
| 37. | Interview and transcript of Lance Jaakola by Norman Truab Associates 08/11/04. | | |
| 38. | Interview and transcript of Michael Lavin by Norman Truab Associates 08/11/04. | | |

**LAPD Personnel Files**

| | | | |
|---|---|---|---|
| 39. | Mark Pompano's Personnel file from LAPD | | |

**LAPD Internal Affairs Files**

| | | | |
|---|---|---|---|
| 40. | Internal Affairs Investigations into Mark Pompano received from LAPD | | |

**Tort Claims per Govt. Code § 910**

| | | | |
|---|---|---|---|
| 41. | Myhanh Moriarty; 03/15/03 | | |
| 42. | Robert R. Nolan; 05/23/04 | | |
| 43. | Diana Michelle Myers; 05/23/04 | | |
| 44. | Mark Pompano; 10/04/03 | | |
| 45. | Aaron Himilaya Roberts; 05/08/04 | | |
| 46. | Christopher Briley, Justin Thomas, Kenneth James Agner; 07/04/03 | | |
| 47. | Jordan Germinaro; 10/08/02 | | |
| 48. | Bernhard Rohrbacher, Victor Narro; 02/18/04 | | |
| 49. | Mark Pompano; March 3, 2004 | | |

**Discovery**

| | | | |
|---|---|---|---|
| 50. | Defendant City of Hermosa Beach's Responses to Plaintiff's First Set of Request for Production of Documents - Set One | | |
| 51. | Defendant City of Hermosa Beach's Second Supplemental Responses to Plaintiff's First Set of Request for Production of Documents - Set One | | |

| | | | | |
|---|---|---|---|---|
| 52. | Defendant City of Hermosa Beach's Second Supplemental Responses to Plaintiff's First Set of Request for Production of Documents - Set One | | | |
| 53. | Defendant George Brunn's Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 54. | Defendant George Brunn's Supplemental Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 55. | Defendant Donovan Sellan's Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 56. | Defendant Donovan Sellan's Supplemental Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 57. | Defendant Donald Jones' Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 58. | Defendant Donald Jones' Supplemental Responses to Interrogatories from Plaintiff Mark Pompano - Set One | | | |
| 59. | Plaintiff Pompano's Responses to Defendant City of Hermosa Beach's Interrogatories, Set One | | | |
| 60. | Plaintiff Mark Pompano's Responses to City of Hermosa Beach Interrogatories, Set Two | | | |
| 61. | Plaintiff Mark Pompano's Responses to City of Hermosa Beach Interrogatories, Set Three | | | |
| 62. | Amended Responses by Plaintiff Mark Pompano to Defendant City of Hermosa Beach's Third Set of Interrogatories | | | |
| 63. | Plaintiff Mark Pompano's Responses to Defendant City of Hermosa Beach's Fourth Set of Interrogatories | | | |
| 64. | Plaintiff Mark Pompano's Responses to George Brunn's Interrogatories | | | |
| 65. | Plaintiff Mark Pompano's Responses to Defendant Don Jones' Interrogatories | | | |
| 66. | Plaintiff Mark Pompano's Responses to Chief Lavin's Interrogatories | | | |
| 67. | Plaintiff' Mark Pompano's Responses to Donovan Sellan's Interrogatories | | | |

| | | | | |
|---|---|---|---|---|
| 68. | Plaintiff Mark Pompano's Responses to George Brunn's Interrogatories, Set Two | | | |
| 69. | Plaintiff Mark Pompano's Responses to Request for Admission by City of Hermosa Beach, Set One | | | |
| 70. | Plaintiff Mark Pompano's Responses to Request for Admission by City of Hermosa Beach, Set Two | | | |
| 71. | Declaration of Mark Pompano dated August 14, 2009 | | | |
| 72. | Defendant City of Hermosa Beach's Third Supplemental Production of Documents, Pursuant to Court's August 28, 2009 Order | | | |
| 73. | Defendant City of Hermosa Beach's Further Responses to Plaintiff's Production and Inspection Demand Number 4, Pursuant to Court's October 1, 2009 Order | | | |
| 74. | Newtown Connecticut School District Records subpoenaed by Defendants | | | |

**Expert Reports**

| | | | | |
|---|---|---|---|---|
| 75. | Expert Witness Report of Curtis J. Cope | | | |
| 76. | Rule 26 Report Prepared by Dr. Glaser (once completed) | | | |
| 77. | Rule 26 Report by David Stothers, Plaintiff's Police Practices Expert | | | |

**HBPD Policies**

| | | | | |
|---|---|---|---|---|
| 78. | Policy 900.50 on Use of Force | | | |
| 79. | Law Enforcement Code of Ethics | | | |

**Annual Reports of Citizen Complaints**

| | | | | |
|---|---|---|---|---|
| 80. | 1998 - 2004 | | | |

**Background Records**

| | | | | |
|---|---|---|---|---|
| 81. | Donovan Sellan application for employment with HBPD | | | |
| 82. | George Brunn application for employment with HBPD | | | |
| 83. | Donald Jones application for employment with HBPD | | | |

6

**Training Records**

| 84. | HBPD Field Training Officer's Manual, February 2000 | | |
|---|---|---|---|
| 85. | Training records for Donovan Sellan from Manhattan Beach Police Department | | |

**Manhattan Beach Documents**

| 86. | Memorandum of Manhattan Beach Police Officer Scott Combs | | |
|---|---|---|---|

DATED: October 12, 2009         LAW OFFICE OF
                                GARY S. CASSELMAN

                        By      /s/
                                Gary S. Casselman, Esq.
                                Tom Beck, Esq.
                                Attorneys for Mark Pompano

DATED: October 12, 2009         LYNBERG & WATKINS
                                A Professional Corporation

                        By      /s/                          [1]
                                Frank Harrell, Esq.
                                Shannon L. Gustafson, Esq.
                                Attorneys for City of Hermosa Beach,
                                George Brunn, Donald Jones, and Michael Lavin

DATED: October ____, 2009       STONE, ROSENBLATT & CHA
                                A Professional Law Corporation

                        By _____
                                Gregory E. Stone, Esq.
                                Venessa Martinez, Esq.
                                Attorneys for Defendant
                                Donovan Sellan

---

[1] Per telephonic authorization on October 12, 2009 by Shannon L. Gustafson, Esq.