GARY S. CASSELMAN, SBN 81658
DANIELLE L. CASSELMAN, SBN 170622
LAW OFFICES OF GARY S. CASSELMAN
3415 South Sepulveda Blvd., Suite 100
Los Angeles, CA 90034
Tel. 310/314-4444  Fax 310/314-4447
garyscasselman@gmail.com

Thomas E. Beck, Esq. (SBN 81557)
**The Beck Law Firm**
10377 Los Alamitos Boulevard
Los Alamitos, California 90720
Telephone No. (562) 795-5835
Facsimile No. (562) 795-5821
Email: becklaw@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POMPANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HERMOSA BEACH, DONOVAN SELLAN, GEORGE BRUNN, DONALD JONES, MICHAEL LAVIN, and DOES 1 through 10,<br><br>　　　　Defendants | CASE NO.  CV 04-7929 RJK (RCx)<br><br>NOTICE OF LODGING PROPOSED PRETRIAL CONFERENCE ORDER<br><br>DATE:　　November 2, 2009<br>TIME:　　1:30 P.M.<br>CTRM:　　1639<br>TRIAL:　　Not set<br><br>Assigned for all purposes to Hon. Robert J. Kelleher |

TO THE HONORABLE COURT, DEFENDANTS AND THEIR COUNSEL:

Plaintiff Mark Pompano hereby gives notice of filing of the proposed Pretrial Conference Order in the within matter.

DATED: October 12, 2009　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　GARY S. CASSELMAN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff