Gary S. Casselman, Esq.
**LAW OFFICES OF**
**GARY S. CASSELMAN**
3415 So. Sepulveda Blvd., Ste. 100
Los Angeles, CA 90034
Tel.: (310) 314-4444
Fax: (310) 314-4447
E-mail: garyscasselman@gmail.com

Thomas E. Beck, Esq. (SBN 81557)
**THE BECK LAW FIRM**
10377 Los Alamitos Boulevard
Los Alamitos, California 90720
Telephone No. (562) 795-5835
Facsimile No. (562) 795-5821
Email: becklaw@earthlink.net

Attorneys for Plaintiff Mark Pompano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POMPANO ) | Case No. CV 04-7929 RJK (RCx) |
| Plaintiff ) | |
| ) | **PLAINTIFF'S THIRD AMENDED** |
| v. ) | **WITNESSES** |
| ) | |
| CITY OF HERMOSA BEACH, ) | PTC:     November 2, 2009 |
| OFFICER DONOVAN SELLAN, ) | Time:    1:30 P.M. |
| GEORGE BRUNN, DONALD JONES, ) | Ctrm:    1439 |
| MICHAEL LAVIN, individually and ) | |
| as peace officers, and DOES 1-10, ) | Hon. Robert J. Kellerman, Judge, U.S. |
| inclusive. ) | District Court, Central Dist. of Calif. |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff Mark Pompano hereby submits his Third Amended Witness List of witnesses to be called at the time of trial.

1

# TRIAL WITNESS AND ESTIMATE LIST

## MARK POMPANO v. CITY OF HERMOSA BEACH, et al.

|     | Witness Name | Description of Testimony | Comments |
| --- | --- | --- | --- |
| 1.  | Mark Pompano |  |  |

**PERCIPIENT WITNESSES**

|     | Witness Name | Description of Testimony | Comments |
| --- | --- | --- | --- |
| 2.  | Kara Pompano |  |  |
| 3.  | Brian Laudermilk |  |  |
| 4.  | Tammy Laudermil |  |  |
| 5.  | Leda Madison |  |  |
| 6.  | Jason Madison |  |  |
| 7.  | John Madison |  |  |
| 8.  | Larry Douglas |  |  |
| 9.  | Shannon Gustafson, Esq. Lynberg & Watkins |  |  |
| 10. | William F. Bernard, Esq. Lynberg & Watkins |  |  |
| 11. | Roy Gonella |  |  |
| 12. | Julie Gonella |  |  |
| 13. | Tony Gonella |  |  |
| 14. | Christopher Fox |  |  |
| 15. | Kimberly Fox |  |  |
| 16. | Mearns Bateman |  |  |
| 17. | Maureen Bateman |  |  |

...

| | | | |
|---|---|---|---|
| 18. | Marge Everett | | |
| 19. | John Kelly | | |
| 20. | Mary Ann Khory | | |
| 21. | Lynn Fergeron | | |
| 22. | Carey Fergeron | | |
| 23. | Mary Founier | | |
| 24. | Michael Simidjian, Esq. Silver, Hadden, Silver, Wexler, and Levin | | |

**LAW ENFORCEMENT WITNESS**

| | | | |
|---|---|---|---|
| 25. | Officer George Brunn HBPD | Defendant | |
| 26. | Officer Donovan Sellan HBPD | Defendant | |
| 27. | Officer Don Jones HBPD | Defendant | |
| 28. | Chief Michael Lavin HBPD | Defendant | |
| 29. | Sgt. Raul Saldana HBPD | Made retaliatory complaint against Plaintiff to LAPD - Damages | |
| 30. | Officer Todd Lewitt HBPD | | |
| 31. | Officer Michael Frilot HBPD | | |
| 32. | Thomas Eckert HBPD | | |
| 33. | Sgt. Sherrielyn Andersen, LAPD | | |
| 34. | Lt. Tina Nieto LAPD | | |

| | | | |
|---|---|---|---|
| 35. | Sgt. Barry Blocker LAPD | | |
| 36. | Lt. Patricio Hernandez | | |
| 37. | Cpt. Wallace Graves LAPD Retired | | |
| 38. | Cpt. Kenneth Hillman LAPD Retired | | |
| 39. | Sgt. Tere Akune LAPD | | |
| 40. | Commander Stuart Maislin LAPD | | |
| 41. | Sgt. Marc Reina LAPD | | |
| 42. | Officer Robert Pessis IPD | | |
| 43. | Former Cpt. Dale Reissig MBPD | Determined Defendant Sellan had given false and misleading statements during an administrative investigation | |
| 44. | Chief Ernest Klevesahl MBPD | Determined Defendant Sellan had given false and misleading statements during an administrative investigation and was guilty of insubordination. | |
| 45. | Lt. Lance Jaakola HBPD | Determined Defendant Brunn lied to him in 2 administrative investigations | |
| 46. | Chief Greg Savelli HBPD | Disciplined Defendant Brunn for false and misleading statements. | |

## MEDICAL WITNESSES

| | | | |
|---|---|---|---|
| 47. | Richard C. Palmer, M.D. | Plaintiff's treating psychologist. | |
| 48. | Raymond Maars, M.D. | | |

## EXPERT WITNESSES

| | | | |
|---|---|---|---|
| 49. | Curtis J. Cope | Defense Police Practices Expert - Police Apologist | |
| 50. | David Glaser, M.D. | Defense Psychological Expert | |

| | | | |
|---|---|---|---|
| 51. | Dave Stothers | Plaintiff's Expert: No P.C. for 647(f) or any other offense, HBPD complaint investigation a whitewash, Hermosa Beach PD deliberately indifferent to unconstitutional conduct by its officers. | |

## LAPD CHARACTER WITNESSES

| | | | |
|---|---|---|---|
| 52. | Kevin Williams, Chief of Police, Oregon State University, Retired LAPD Lt. II | | |
| 53. | Sgt. Sherrylynn Anderson LAPD | | |
| 54. | Sgt. Mayra Mason LAPD | | |
| 55. | Cpt. John McConnell LAPD | | |
| 56. | Officer Bill Snowden LAPD | | |
| 57. | Det. Luis Topete LAPD | | |
| 58. | Sr. Detention Officer Ed Cervantes LAPD | | |
| 59. | Sr. Detention Officer Stella Garcia LAPD | | |
| 60. | Officer Dwayne White LAPD | | |
| 61. | Sgt. Andre Belotto LAPD | | |
| 62. | Lt. Corina Hees LAPD | | |
| 63. | Sgt. Pedro Llanes LAPD | | |
| 64. | SLO Heidi Llanes LAPD | | |

| | | | |
|---|---|---|---|
| 65. | Sgt. Robin Richards LAPD | | |
| 66. | SLO Thomas Wickes LAPD | | |
| 67. | Sgt. Anthony Vasquez LAPD | | |

**FRE 608, 404(b), and 405 WITNESSES**

| | | | |
|---|---|---|---|
| 68. | Shawn Shelton, former MBPD Officer | | |
| 69. | Det. Samuel Marullo LAPD | Subjected to false 647(f) arrest and prosecution by Defendant Jones, reports falsified to cover "contempt of cop" arrest. | |
| 70. | Michelle Myers | Subjected to false 647(f) arrest, assault, and prosecution by HBPD | |
| 71. | Robert Nolan | Subjected to false 647(f) arrest, assault, and prosecution by HBPD | |
| 72. | Joel Silva | Subjected to false 647(f) arrest, assault, and prosecution by Hermosa Beach Police Department | |
| 73. | Rosa Hernandez | Witness threatened with arrest by Sgt. and officers engaged in unlawful activity. | |
| 74. | Charlton Noble | Witness to unlawful HBPD activity - Sgt. Wolcott, Sgt. Saldana, Officers Frilot and Lewitt. | |
| 75. | Ian Crockford | Subjected to unlawful 647(f) assault and arrest by HBPD. | |
| 76. | Frank Hallstein | Subjected to false testimony by Chief Lavin, Sgt. Raul Saldana - bad reputation of HBPD. | |
| 77. | Ben Smith | | |
| 78. | Michael Reyes | | |
| 79. | Michael Payne | | |

| | | | |
|---|---|---|---|
| 80. | Kristina Kovac | | |
| 81. | Rico Anthony Brown | | |
| 82. | Michael Baskin | | |
| 83. | David Ward Campbell | | |
| 84. | Daniel Banas | | |
| 85. | Richard T. Gallagher | Culver City Fire Department Captain falsely accused, arrested, and prosecuted by Sgt. Saldana. | |
| 86. | William McQueeny | | |
| 87. | Jayme Muniz | | |
| 88. | Todd Thomas | | |
| 89. | Jerome J. Stephans, Jr. | | |
| 90. | Michael Freese | | |
| 91. | Michael Lozano | | |
| 92. | Brandon James | | |
| 93. | Luke Schrotberger | | |
| 94. | Ryan Riley Flanagan | Subjected to false accusation of a crime by HBPD officer - tried and acquitted. | |
| 95. | Anthony Lubrano | Subjected to assaults and false accusations of crime by HBPD and officers. | |
| 96. | Gabriel Rodriguez | | |
| 97. | David A. Roberts | | |
| 98. | John M. Materra | | |
| 99. | Jacques P. Dreyer | | |
| 100. | Chris Cantelmo | | |
| 101. | Geoffrey Neilson | Subjected to assault by off-duty HBPD Officer Sellan - Falsely accused of crime by on-duty HBPD officers. | |
| 102. | Calvin Holiday | | |

| 103. | Richard A. Burd | | |
| 104. | Sgt. Mark Ogren | | |
| 105. | Cpt. Duino Giordano, Los Gatos PD, Retired | | |

DATED:   October 12, 2009                                   THE BECK LAW FIRM


                              By    /S/_____
                                    Thomas E. Beck
                                    Attorney for Plaintiff