TERMED # 280

FILED
CLERK, U.S. DISTRICT COURT

MAY --5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POMPANO, | CASE NO. CV 04-7929 CBM (VBKx) |
| Plaintiff, | |
| vs. | |
| | JUDGMENT PURSUANT T |
| CITY OF HERMOSA BEACH, OFFICER DONOVAN SELLAN, GEORGE BRUNN, DONALD JONES, MICHAEL LAVIN, individually and as peace officers, | CALIFORNIA CODE OF CIVIL PROCEDURE § 664.6; 42 U.S.C. § 1988; 28 U.S.C. § 1927 |
| Defendants. | |

GOOD CAUSE APPEARING TO THE COURT:

IT IS HEREBY ORDERED AND ADJUDGED THAT pursuant to the Stipulated

Settlement attached as Exhibit A to his "Motion for Judgment Pursuant to CCP

section 664.6", [Docket No. 281], Plaintiff Mark Pompano shall have judgment

against Defendants City of Hermosa Beach, Officer Donovan Sellan, Officer

George Brunn, Officer Donald Jones, and Officer Michael Lavin, jointly and severally in the amount of $175,000 with interest thereon at the legal rate, as provided by law.

IT IS SO ORDERED.

DATED:  May 5, 2010

By_____
        CONSUELO B. MARSHALL
        UNITED STATES DISTRICT JUDGE